(Rev. 12/16: Previous Versions are Obsolete)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

$31.00 paid
# 12328

## COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: Myelle Appleberry          Case No. 2-19-21137          Chapter: 13

### A. IDENTIFY TYPE OF DOCUMENT BEING FILED: (Select either #1, #2 or #3)
- [✓] #1--Amendment to Previously Filed Document (Go to Sec. B)
- [ ] #2--Schedule/Statement Not Previously Filed (Go to Sec. B)
- [ ] #3--Schedule of Post-Petition Debts (result of conversion-no fee due) (Go to Sec. D)

### B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:
- [ ] Official Form 101: [ ] Part 1  [ ] Part 2  [ ] Part 3  [ ] Part 4  [ ] Part 5  [ ] Part 6  [ ] Part 7
- [ ] Official Form 106Sum: Summary of Your Assets and Liabilities and Certain Statistical Information
- [ ] Official Form 106Dec: Declaration About an Individual Debtor's Schedules
- [ ] Official Form 108:    Chapter 7 Statement of Intention for Individuals
- [ ] Schedules: (Please check schedules attached)
    - [ ] Schedule A/B    [ ] Schedule C    [ ] Schedule D (Go to Sec. C)    [ ] Schedule E/F (Go to Sec. C)
    - [ ] Schedule G      [ ] Schedule H    [ ] Schedule I                   [ ] Schedule J     [ ] Schedule J-2
- [ ] Statement of Financial Affairs: _____
- [ ] Statement Pursuant to Rule 2016(b)
- [ ] Official Form 201: [ ] Debtor's Name  [ ] Debtor's Address  [ ] Debtor's EIN  [ ] Other Names used by the Debtor
    - [ ] Other: _____
    (Please indicate the Question # from Form 201 that is being amended and a brief description)
- [ ] Official Form 201A: Ch. 11 Attachment to Voluntary Petition for Non-Individuals
- [ ] Official Form 202: Declaration Under Penalty of Perjury for Non-Individual Debtors
- [✓] Creditor Matrix
- [ ] Chapter 13 Plan (Pre-confirmation): [ ] Decrease Payments  [ ] Increase Payments  [ ] Increases Length of Plan
- [ ] Other: _____

*FOR CHANGES AFFECTING SCHEDULES D, E/F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.*

### C. CREDITOR/SCHEDULE INFORMATION: (Select either #1, #2 or #3)
- [✓] #1 – Creditors are being added or deleted by this amendment/schedule, AND
    - [✓] The $31.00 amendment fee is attached
    - [ ] A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties added is attached.
      Note: Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.
- [ ] #2 – Schedule(s) of creditors (Schedules D, E/F), list of creditors, matrix or mailing list is being amended for purposes other than adding or deleting creditors.
    - [ ] The $31.00 fee is attached for this amendment [e.g. changing amount of a debt or classification of a debt].
    - [ ] The $31.00 fee does not apply for this amendment [e.g. change of address of a creditor or change of attorney].
- [ ] #3 – **No Creditors** are being added or deleted.

### D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION
**CERTIFICATION OF SERVICE**: Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.
**DECLARATION OF ATTORNEY [Attorney or debtor(s), if pro se, must sign.]:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated: 11-15-2019          Signature: _Myelle Appleberry_

**DECLARATION OF DEBTOR(S)**: [Required if declaration is not completed on the document(s) itself or by separate instrument.] I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of ____ sheets, numbered 1 through ____, and that they are true and correct to the best of my knowledge, information and belief.

Dated: 11-15-2019          Signature: _Myelle_ (debtor)

Dated: _____         Signature: _____ (joint debtor, if any)

1) Fedloan    Account # 98 3825 4105
   P.O. Box 69184
   Harrisburg, PA 17105-9184

2) American Tax Funding LLC    # E2018000564

3) Phillips Lytle LLP    # 2018000564
   28 East Main Street 1400
   Rochester NY 14614

4) Santander Consumer USA    # 0020323448
   P.O. Box 660633
   Dallas, TX 75266-0633    $ 6,798

5) Geico    # 4531-51-55-51
   P.O. Box 9512
   Fredricksburg VA 22403-9512

6) Dept. of Finance
   200 East Main St, Suite B-001
   Roch NY 14604-1794

7) Rochester Gas and Electric
   89 East Avenue  # 20028770558
   Rochester NY 14649-0001

8) City Treasurer - City Hall
   30 Church Street
   Rochester NY  # 150956 0002

9) Monroe County Treasury
   39 W. Main St. Room B-2
   Roch NY 14614

10) TLF National Tax Lien
    P.O. Box 679034
    Dallas Texas 75267-9034
    # 1096829

11) Tower DBW II LLC
    P.O. Box 780770
    Philadelphia, PA 19178-0770
    # 374865

12) Propel    # 1656736
    Tower Capital Mangement LLC
    P.O. Box 679034
    Dallas, TX 75267-9034