Notice of Undeliverable Mail to Debtor

November 21, 2019

From: United States Bankruptcy Court, Western District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
  In re: Mychelle Appleberry, Case Number 19-21137, PRW



**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**100 State Street**
**Rochester, NY 14614**

---

Undeliverable Address:
American Tax Funding

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
P. O. Box 862658

Orlando, FL 32886

Undeliverable Address:
Fed Student Loans
P.O. Box 1333
PA

1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

P.O. Box 862658

Orlando, FL 32886

_Michele Appleby_           11 -      - 2019
Signature of Debtor or Debtor's Attorney      Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**